1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                    **CENTRAL DISTRICT OF CALIFORNIA**
6

7  DAVID GUMNER, on behalf of himself and
   all others similarly situated,                Case No: 8:23-cv-00332-CJC-KES
8
9              Plaintiff,
                                                 **[PROPOSED] ORDER GRANTING**
10       v.                                      **STIPULATED PROTECTIVE ORDER**

11 PEPSICO, INC.,
12             Defendant.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the parties' Stipulated Protective Order, *see* Dkt. No. 51, and good cause appearing, the Court grants the Stipulated Protective Order as requested.

IT IS SO ORDERED.

DATED: January 2, 2024

*Karen E. Scott*
Hon. Karen E. Scott
United States Magistrate Judge