| | |
|---|---|
| **FITZGERALD MONROE FLYNN PC**<br>JACK FITZGERALD (SBN 257370)<br>jfitzgerald@fmfpc.com<br>MELANIE MONROE (SBN 275423)<br>mmonroe@fmfpc.com<br>TREVOR FLYNN (SBN 253362)<br>tflynn@fmfpc.com<br>PETER GRAZUL (SBN 342735)<br>pgrazul@fmfpc.com<br>2341 Jefferson St., Suite 200<br>San Diego, California 92110<br>Phone: (619) 215-1741<br><br>*Attorneys for Plaintiff* | **WEIL, GOTSHAL & MANGES LLP**<br>ANDREW S. TULEMELLO (SBN #196484)<br>drew.tulumello@weil.com<br>CLAIRE L. CHAPLA (SBN #314255)<br>claire.chapla@weil.com<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Tel: 202 682 7000<br>Fax: 202 857 0940<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUMNER, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>PEPSICO, INC.,<br><br>              Defendant. | Case No. 8:23-cv-00332-SVW-KES<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

*Gumner v. PepsiCo, Inc.*, Case No. 8:23-CV-00332
JOINT STIPULATION FOR VOLUNTARY DISMISSAL
1

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT, the parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal of Plaintiff's individual claims *with* prejudice. Each side shall bear its own costs and attorney's fees.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 26, 2024 | /s/   Trevor Flynn<br>Trevor Flynn<br>***Attorney for Plaintiff*** |
| Dated: July 26, 2024 | /s/  Andrew S. Tulumello<br>Andrew S. Tulumello<br>***Attorney for Defendant*** |

### ATTESTATION OF FILER

Pursuant to L.R. 5-4.3.4(a)(2)(i), counsel for Plaintiff and filer of this document attests that counsel for Defendant, whose electronic signature appears below, is a registered CM/ECF filer, concurs in the filing of this stipulation, and has authorized this filing.

Dated:  July 26, 2024                    /s/ Trevor Flynn
                                                          Trevor Flynn